**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| R.W. HERTEL & SONS, INC., | ) ) ) | CV 07-1054 LEW (EFBx) |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| ARCH SPECIALTY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On July 20, 2007, Defendant Arch Specialty Insurance Company filed a Motion to Abstain/Dismiss.  Plaintiff filed an Opposition on August 3, 2007.  Defendant filed a Reply on August 10, 2007.  The matter came before hearing on August 17, 2007.  Having considered the papers and argument submitted on the issue, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

As a preliminary matter, Defendant's Request for Judicial Notice is **GRANTED** because these six documents are

1

capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

First, a lawsuit that has been dismissed without prejudice is no longer pending. See Nolan v. Workers' Comp. Appeals Bd., 70 Cal. App. 3d 122, 128 (1977)("A dismissal without prejudice has the effect of a final judgment in favor of the defendant insofar as it terminates the proceeding and concludes the right of the parties in the particular action.")  Therefore, the Court declines to abstain based on the argument that a parallel action is pending in state court.

Second, the Federal Declaratory Judgment Act does not provide an independent ground for subject matter jurisdiction. Skelly Oil Co. v. Phillips Petroleum Co., 339 U.S. 667, 671-72 (1950).  Therefore, there are grounds for dismissal for lack of jurisdiction pursuant to 28 U.S.C. Section 1331.  However, on its face, the Complaint sufficiently alleges diversity jurisdiction pursuant to 28 U.S.C. Section 1332.  The Court does not find any other grounds to abstain.  Defendant's Motion to Abstain and/or Dismiss is **DENIED**.

**IT IS SO ORDERED.**

*(signature: Ronald S.W. Lew)*

HONORABLE RONALD S.W. LEW
Senior U.S. District Judge

DATED:   August 17, 2007